IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**STEVEN ANDERSON**　　　　　　　　　　　　　　　　　　　　**PETITIONER**
Reg #04184-007

VS.　　　　　　　　NO. 2:11-cv-00013-JLH-BD

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**　　　　　　　　　　　　　　　　　　**RESPONDENT**

### ORDER

The Clerk of Court is instructed to serve the Petition (#1), Memorandum of Law in Support (#2), and a copy of this Order on the Respondent and the United States Attorney by regular mail. The Court directs the Respondent to file an answer, motion, or other responsive pleading to the petition within twenty (20) days after service of this petition.

IT IS SO ORDERED this 8th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE