## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

STEVEN ANDERSON                                                                                      PETITIONER
Reg #04184-007

v.                                    NO. 2:11CV00013 JLH-BD

T.C. OUTLAW, Warden,
Federal Correctional Complex,
Forrest City, Arkansas                                                                              RESPONDENT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the objection to the recommendation filed by Steven Anderson, and a *de novo* review of the record, the Court adopts the recommendation.

Petitioner Steven Anderson's Petition for Writ of Habeas Corpus (docket entry #1) is dismissed, with prejudice.

IT IS SO ORDERED this 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE