IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

STEVEN ANDERSON                                                                                    PETITIONER
Reg #04184-007

v.                                        NO. 2:11CV00013 JLH-BD

T.C. OUTLAW, Warden,
Federal Correctional Complex,
Forrest City, Arkansas                                                                              RESPONDENT

## JUDGMENT

Consistent with the Court's Order entered this date, judgment is hereby entered dismissing Steven Anderson's petition for writ of habeas corpus.

IT IS SO ORDERED this 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE