**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

STEVEN ANDERSON                                                                                   PETITIONER
Reg #04184-007

v.                                         NO. 2:11CV00013 JLH-BD

T.C. OUTLAW, Warden,
Federal Correctional Complex, Forrest City, Arkansas                                RESPONDENT

## ORDER

On March 30, 2011, the magistrate judge issued a report and recommendation in which it was recommended that the petition for writ of habeas corpus by Steven Anderson be denied with prejudice. Anderson filed a "motion for traverse," which was received by the Court on April 1, 2011, bearing a signature date of March 28, 2011. On April 19, 2011, the Court adopted the report and recommendation in its entirety, considering the "motion for traverse" as Anderson's objections to the report and recommendation. On April 21, 2011, the Court received a "motion of rebuttal to the recommended disposition," which Anderson apparently signed on April 18, 2011. Although the Clerk has docketed that document as a motion for reconsideration, the Court will consider it as Anderson's objections to the recommended disposition of the magistrate judge. The judgment and order entered on April 19, 2011, are hereby set aside as premature. Upon *de novo* review, considering Anderson's "motion of rebuttal to the recommended disposition" as his objection to the recommended disposition, the Court adopts the recommended disposition of Magistrate Judge Beth Deere. Anderson's petition for writ of habeas corpus is dismissed with prejudice.

IT IS SO ORDERED this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE