## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

STEVEN ANDERSON                                                                                          PETITIONER
Reg #04184-007

v.                                         NO. 2:11CV00013 JLH-BD

T.C. OUTLAW, Warden,
Federal Correctional Complex,
Forrest City, Arkansas                                                                                   RESPONDENT

## JUDGMENT

Consistent with the Court's Order entered this date, judgment is hereby entered dismissing Steven Anderson's petition for writ of habeas corpus.

IT IS SO ORDERED this 25th day of April, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE